UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



KENDRICK FISHER (#349524)

VERSUS                              CIVIL ACTION NO.: 08-618-JVP-DLD

WARDEN BURL CAIN, ET AL

## RULING ON HABEAS CORPUS APPLICATION

The court has carefully considered the petition, the record, the law applicable to this action, and the Supplemental Report and Recommendation of United States Magistrate Judge Dalby dated January 27, 2009 (doc. 5). Defendant has filed an objection which merely restates legal argument and does not require *de novo* factual findings under 28 U.S.C. § 636.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the petitioner's application for habeas corpus relief shall be **DISMISSED**, with prejudice, as untimely pursuant to 28 U.S.C. § 2244(d).

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, March 4th, 2009.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA